IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ANGELA ROSE LAWTON<br><br>Debtor,<br><br><br>LEASE AND RENTAL MANAGEMENT CORP. d/b/a PENN AUTO LOAN<br><br>Movant,<br><br>V.<br><br>ANGELA ROSE LAWTON AND RONDA J. WINNECOUR, Trustee,<br><br>Respondents. | Bankruptcy No. 09-12286-TPA<br><br>Chapter 13<br><br>Doc. No. 61 |

ORDER OF COURT

AND NOW, this 5th day of October, 2011, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Lease and Rental Management Corp., d/b/a Penn Auto Loan in the 2001 Kia Sportage VIN#KNDJA723015035725.

BY THE COURT:

_____
Thomas P. Agresti
U.S. Bankruptcy Court Judge    jlm